Leona Barana, Administrator of Estate of Louis M. Barana, Deceased, Appellee, v. James A. Hannah, Inc., Appellant.

Gen. No. 46,920.

First District, Third Division.

December 28, 1956.

Released for publication February 6, 1957.

Mark H. Ellis, and Thomas K. Gifford, for appellant, Thomas C. Angerstein, George W. Angerstein, Charles Wolff, and Sidney Z. Karasik, of counsel; John C. Mullen, for appellee, Gerald M. Chapman, of counsel.

Opinion by JUDGE KILEY. Not to be published in full.